Robert T. Bell, Esq.
Seamus Molloy, Esq.
REEP, BELL, LAIRD & JASPER, P.C.
2955 Stockyard Road
P.O. Box 16960
Missoula, Montana 59808-6960
Telephone: (406) 541-4100
Facsimile:  (406) 541-4101
Emails:    bell@westernmontanalaw.com
           molloy@westernmontanalaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAX DOWNING, | ) Case No. CV 17-142-M-DLC |
| | ) |
| Plaintiff, | ) **RULE 41(a)(1)(A) NOTICE OF** |
| | ) **DISMISSAL** |
| vs. | ) |
| | ) |
| SCOTTSDALE INDEMNITY | ) |
| COMPANY, NATIONWIDE MUTUAL | ) |
| INSURANCE COMPANY, and | ) |
| SELWAY CORPORATION, | ) |
| | ) |
| Defendants. | ) |

COMES NOW Plaintiff, by and through counsel of record, and notifies

the Court that the above-referenced cause is hereby dismissed without

prejudice.  Pursuant to Fed.R.Civ.P.  41(a)(1)(A)(i), the cause may be

RULE 41 (a)(1)(A) NOTICE OF DISMISSAL                                    PAGE 1.

dismissed by Plaintiff without a court order as the Defendant has not yet served an answer or motion for summary judgment.

DATED this 22nd day of January, 2018.

                          REEP, BELL, LAIRD & JASPER, P.C.

                          By: /s/   Robert T. Bell
                                Robert T. Bell
                                Attorneys for Plaintiff