IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MAX DOWNING,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INDEMNITY COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY, and SELWAY CORPORATION,<br><br>Defendants. | CV 17-142-M-DLC<br><br><br>ORDER |

**FILED**

JAN 2 2 2018

Clerk, U.S District Court
District Of Montana
Missoula

Pursuant to Plaintiff's Notice of Dismissal (Doc. 5) and Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED and any pending motions are DENIED as moot.

DATED this 22nd day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court